UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VLADIMIR GUSINSKI,<br><br>    Plaintiff,<br><br>v.<br><br>SAGI GENGER,<br><br>    Defendant.<br><br>-and-<br><br>SAGI GENGER,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>GILAD SHARON, LERNER MANOR TRUSTEESHIPS, LTD and OMNIWAY LIMITED,<br><br>    Third-Party Defendants. | CASE NO. 10-CIV-4506 (SAS)(GWG)<br><br>ECF CASE<br><br>**STIPULATION AND ORDER** |





IT IS HEREBY STIPULATED AND ORDERED that the firm of Wachtel & Masyr, LLP, One Dag Hammerskjold Plaza, 885 Second Avenue, New York, NY 10017, be substituted in as counsel for third-party defendant Gilad Sharon in the above-captioned action, in place of the firm of Mitchell Silberberg & Knupp LLP, 12 East 49th Street, New York, NY 10017. This substitution will not delay the April 15, 2011 close of discovery or the May 23, 2011 trial in the main action.

3661837.1

| | |
|---|---|
| DATED: New York, New York<br>March 23, 2011 | MITCHELL SILBERBERG & KNUPP LLP<br><br>By: _____<br>Paul D. Montclare, Esq.<br>12 East 49th Street, 30th Floor<br>New York, New York 10017-1028<br>Telephone: (212) 509-3900<br>Facsimile: (212) 509-7239<br>pdm@msk.com<br><br>Retiring Attorneys for Third Party<br>Defendant Gilad Sharon<br><br>WACHTEL & MASYR, LLP<br><br>By: _____<br>William Wachtel<br>885 Second Avenue<br>New York, New York 10017<br>Telephone: (212) 909-9500<br>wwachtel@wmllp.com<br><br>Incoming Attorneys for Third Party<br>Defendant Gilad Sharon |

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN, U.S.D.J.

3/24/11

2