UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Vladimir Gusinski

                Plaintiff,

    -against-

Sagi Genger

                Defendant.
-------------------------------------------------------

Case No. 10 Civ. 4506 (SAS)(GWG)

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Troy Selvaratnam**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TS 1972     My State Bar Number is 2913978

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Selvaratnam Law Office, PLLC
                    FIRM ADDRESS: 304 Hudson St., 4th Fl., New York, NY 10013
                    FIRM TELEPHONE NUMBER: 646-292-0107
                    FIRM FAX NUMBER: 646-292-0393

NEW FIRM:   FIRM NAME: Selvaratnam Law Office, PLLC
                    FIRM ADDRESS: 244 Fifth Ave., 11th Fl., New York, NY 10001
                    FIRM TELEPHONE NUMBER: 646-206-2355
                    FIRM FAX NUMBER: 646-219-2814

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: March 31, 2011

                                              _____
                                              ATTORNEY'S SIGNATURE