UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VLADIMIR GUSINSKI,

                                                          10 Civ. 4506 (SAS) (GWG)

              Plaintiff,

  - against-                              **RULE 7.1 STATEMENT**

SAGI GENGER,

              Defendant.
------------------------------------------------------------X
SAGI GENGER and TPR INVESTMENT
ASSOCIATES, INC., on behalf of AG
PROPERTIES CO.,

              Third-Party Plaintiffs,

   -against-

GILAD SHARON, LERNER
MANOR TRUSTEESHIPS, LTD.
and OMNIWAY LIMITED,

              Third-Party Defendants.
------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for third-party plaintiff, TPR Investment Associates, Inc. ("TPR"), certifies that TPR does not have a parent corporation and that no publicly held corporation owns 10% or more of TPR's stock.

Dated:   New York, New York
           April 1, 2011

                                          DUANE MORRIS LLP

                              By:    /s/   John Dellaportas
                                         John Dellaportas
                                         Evangelos Michailidis
                                         1540 Broadway
                                         New York, New York 10036
                                         Direct: (212) 692-1012
                                         Fax: (212) 202-4866
                                         dellajo@duanemorris.com; emichailidis@duanemorris.com
                                         *Attorneys for Defendant and*
                                         *Third-Party Plaintiff Sagi Genger and Third-Party*
                                         *Plaintiff TPR Investment Associates, Inc.*