William B. Wachtel
Julian D. Schreibman
WACHTEL & MASYR, LLP
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Floor
New York, New York 10017
Tel. (212) 909-9500
Fax (212) 909-9417

*Attorneys for Third-Party Defendants*
*Gilad Sharon, Lerner Manor Trusteeships, Ltd.,*
*and Omniway Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VLADIMIR GUSINSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAGI GENGER,<br><br>　　　　　Defendant. | CASE NO.  10-CIV-4506 (SAS)(GWG)<br><br>ECF CASE |
| -and-<br><br>SAGI GENGER and TPR INVESTMENT ASSOCIATES, INC., on behalf of AG PROPERTIES CO.,<br><br>　　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>GILAD SHARON, LERNER MANOR TRUSTEESHIPS, LTD and OMNIWAY LIMITED,<br><br>　　　　　Third-Party Defendants. | |

## **RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Third Party Defendants Lerner Manor Trusteeships, Ltd. and Omniway Limited (both private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

None.

Dated:  New York, New York
        April 14, 2011

/s/Julian D. Schreibman
Julian D. Schreibman