## CALCULATION of OMNIWAY NOTE

Calculation of Amount Owed by Omniway

|  |  |
|---|---|
| 6-Feb-02 | Date of Issue |
| 26-Apr-12 | Today's Date |

Calculation of Interest through Feb 6, 2012

| | | |
|---|---|---|
| Original Principal Balance | $ 1,250,000 | |
| Whole Years Elapsed (Years since 2002) | 10 | |
| Interest Rate per Annum | 6.50% | |
| **Amount Owed Feb 6, 2012** $1,250,000* (1 + 6.50%)^10 | | $ 2,346,421.83 |

Calculation of Interest Since Feb 6, 2012

| | | |
|---|---|---|
| Days in Year | 365 | |
| Rate Per Year | 6.50% | |
| Rate per Day (6.5% / 365) | 0.017808% | |
| Interest Accrued Per Day ($2,346,421.83 * .017808%) | $ 417.86 | |
| Days since Feb 6, 2012 | 80 | |
| **Interest Accrued Since Feb 6, 2012** | | $ 33,428.48 |
| **Amount Owing Under Note** | | $ 2,379,850.31 |