UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VLADIMIR GUSINSKI,<br>      Plaintiff,<br>   v.<br>SAGI GENGER,<br>      Defendant,<br>  - and -<br>SAGI GENGER and TPR INVESTMENT ASSOCIATES, INC., on behalf of AG PROPERTIES CO.,<br>      Third-Party Plaintiffs,<br>   v.<br>GILAD SHARON, LERNER MANOR TRUSTEESHIPS, LTD. and OMNIWAY LIMITED,<br>      Third-Party Defendants. | 10 Civ. 4506 (SAS) (GWG)<br>ECF Case<br><br>**JUDGMENT** |

   This third-party action having been commenced on August 6, 2010 by the filing of the Answer and Third-Party Complaint (Dkt. No. 7) against, *inter alia*, third-party defendant Omniway Limited ("Omniway"), and an Amended Answer and Second Amended Third-Party Complaint (Dkt. No. 32) having thereafter been filed on March 31, 2011, and counsel for Omniway having therefter agreed to accept service of that Answer and Second Amended Third Party Complaint by Stipulation and Order entered by the Court on April 4, 2011 (Dkt. No. 50), and an Amended Answer and Third Amended Third Party Complaint having thereafter been filed on November 16, 2011 (Dkt. No. 91), and Omniway's counsel having thereafter withdrawn from representing Omniway at the April 10, 2012 pre-motion Court conference on third-party plaintiffs' requested motion for summary judgment, and Omniway having thereafter appointed no substitute counsel, it is hereby

-2-

ORDERED, ADJUDGED AND DECREED:  That third-plaintiffs have judgment against third-party defendant Omniway Limited in the liquidated amount of $1,250,000, plus interest at 6.5% per annum from February 6, 2012 to April 26, 2012 amounting to $1,129,850.31, plus additional interest of $417.86 per day through the date of entry of this Judgment, plus post-judgment interest thereafter at the statutory rate.

Dated: New York, New York
           _____, 2012

_____
                    U.S.D.J.

This document was entered on the docket on _____, 2012