# WACHTEL MASYR & MISSRY LLP

ONE DAG HAMMARSKJOLD PLAZA
885 SECOND AVENUE
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 909-9500
FACSIMILE: (212) 371-0320

ELLIOT SILVERMAN
ATTORNEY AT LAW
DIRECT DIAL: (949) 660-0824
esilverman@wmllp.com

EUROPEAN OFFICE
VIA PIER CAPPONI, 19
FLORENCE, ITALY 50132
TELEPHONE: (39) (055) 5048366
FACSIMILE: (39) (055) 5031698

CALIFORNIA OFFICE
2030 MAIN STREET, 12TH FLOOR
IRVINE, CA 92614
TELEPHONE: (949) 660-8824
FACSIMILE: (949) 679-4841

May 8, 2012

<u>Via Facsimile (212-805-7920)</u>

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Sagi Genger v. Gilad Sharon*
    10 Civ. 4506 (SAS)

Dear Judge Scheindlin:

We represent Third Party Defendant Gilad Sharon in this case. On May 4, 2012, we wrote to your Honor seeking a pre-motion conference to quash a subpoena issued by counsel for Third Party Plaintiffs to this law firm. Third Party Plaintiffs responded with a letter which responded to our letter and also seeks "terminating sanctions" against Mr. Sharon.

We today received your Honor's order (Doc. 111) declining to quash the subpoena to this firm. We are writing to inquire if the Court wishes us to respond to Third Party Plaintiff's request for "terminating sanctions" and, if so, we request an additional two days to do so.

Respectfully yours,

Elliot Silverman

cc (via e-mail): John Dellaportas, Esq.

1095787.1

*[Handwritten note:] There is no need to respond to the sanctions request at this time. So Ordered. [signature] USDJ 5/11/12*