UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VLADIMIR GUSINSKI,<br>　　　　　　Plaintiff,<br>　　v.<br>SAGI GENGER,<br>　　　　　　Defendant,<br>　　- and -<br>SAGI GENGER and TPR INVESTMENT ASSOCIATES, INC., on behalf of AG PROPERTIES CO.,<br>　　　　　　Third-Party Plaintiffs,<br>　　v.<br>GILAD SHARON, LERNER MANOR TRUSTEESHIPS, LTD. and OMNIWAY LIMITED,<br>　　　　　　Third-Party Defendants. | 10 Civ. 4506 (SAS) (GWG)<br><br>ECF Case |

**DECLARATION OF DAVID PARNES**
**REGARDING ISRAELI JUDICIAL DECISIONS**

I, David Parnes, pursuant to 28 U.S.C. § 1746(1), declare as follows:

1.　　I am a lawyer qualified to practice law in Israel and to render legal advice in connection with the laws of Israel. I am also admitted to practice law in New York, England and Wales. I respectfully submit this declaration in order to submit certified transtlations of two decisions of the Supreme Court of Israel.

2.　　Annexed hereto as Exhibit A is a certified English translation of relevant excerpts from the Judgment of the Supreme Court of Israel dated December 10, 2003 in the matter of Criminal Appeal 8600 / 03, *State of Israel v. Gilad Sharon*.

3.　　Annexed hereto as Exhibit B is a certified English translation of relevant excerpts from the Judgment of the Supreme Court of Israel dated March 29, 2004 in the matter of Criminal Appeal 1761 / 04, *Gilad Sharon v. State of Israel*.

-2-

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
DAVID PARNES

Dated: Tel-Aviv, Israel
June 24, 2012