# EXHIBIT A

# CURRICULUM VITAE

**Lambros Soteriou**

Barrister-at-Law, Middle Temple, United Kingdom

1. Tel: +35722 447777
2. Fax: +357 22767880
3. Email: lambros@kyprianou.com.cy

Admitted to the Cyprus Bar Association in 2006.

Languages: English, Greek

**Practice Areas:**
- Company/ Corporate Law
- International Business Companies
- International Tax Planning
- Banking and Finance
- Investment Firm Regulations

**Education:**
1. University of Warwick, LLB (Hons), 2003
2. Bar Vocational Course and Barrister-at-Law of the Middle Temple, 2004
3. University College London (UCL), LLM, 2005

**Portfolio:**

Some of the most important cases I have been involved in are the following:

- Instructed by Cyprus based groups of international interests to assist them in their corporate law matters in Cyprus. Examples are Saxo Bank, Reso-Garantia and XFR.
- Instructed to provide legal assistance in relation to insolvency procedures in Cyprus. This related to NordicOil trade limited with equity of €11.000.000.00 (Euro Eleven Million) and accumulated loans over €51.000 (Euro Fifty One Thousand).

1

- Worked with leading law firms and provided legal opinions in relation to good corporate governance and company law issues. In addition, assisted and prepared application for Norwich Pharmacal relief and application for world wide Mareva orders.
- Involved in renewable sources of energy and dealt with Energy Law. Furthermore, involved in wind farm and solar projects.
- Represented the one part of one of the wealthiest Cypriot families in the country in their decision to separate the family owned business due to extended disagreements. The case involves tax advice on immovable property that is worth over €100.000.000.00 (Euro One Hundred Million) and on liquid assets that are mostly shares in private and listed companies worth over €30.000.000.00 (Euro Thirty Million).
- Instructed by a Chinese-American-interests company to provide them with structuring for Chinese corporations looking to invest into Europe and mostly into Greece.
- Appointed legal adviser to the Batumi Port Group and advised a Russian holding company on its investment in the mobile telecoms market.
- Involved in providing regulatory compliance advice to clients such as Russian investment firm Metropol and a Forex trading company.
- Advised a large Austrian garment manufacturer on a group restructuring and have been referred to as 'client-focused, responsive and smart.'
- Assisted on a $60.000.000.00 (US Dollars Sixty Million) financing for the European Bank for reconstruction and development.
- Reviewed a $44.000.000.00 (US Dollars Forty Four) loan agreement provided by JSC VTB Bank.
- Advised Piraeus Bank on securitisation and finance schemes relating to its entry into the Cypriot market.
- Commented by a client as the 'engine running the firm' when it comes to corporate practice and company formation work.

**Relevant experience:**
- Provided Companies Law seminar for Lex Act to colleagues and professionals, 2007.
- Attended Horizon Group's premises in United Kingdom and Channel Islands and also provided seminar in relation to Company Law, 2008.
- Was the key note speaker in the First Anti- Money Laundering Forum, 2008.
- Published various articles in Legal Journals specified in Corporate Governance and Corporate Legal Responsibility.