UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VLADIMIR GUSINSKI,<br>       Plaintiff,<br>   v.<br>SAGI GENGER,<br>       Defendant,<br>  - and -<br>SAGI GENGER and TPR INVESTMENT ASSOCIATES, INC., on behalf of AG PROPERTIES CO.,<br>       Third-Party Plaintiffs,<br>   v.<br>GILAD SHARON, LERNER MANOR TRUSTEESHIPS, LTD. and OMNIWAY LIMITED,<br>       Third-Party Defendants. | 10 Civ. 4506 (SAS) (GWG)<br><br>ECF Case |

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that, pursuant to the accompanying declaration of John Dellaportas sworn to on January 9, 2013 and memorandum of law, third-party plaintiffs Sagi Genger and TPR Investment Associates, Inc., on behalf of AG Properties Co., respectfully move this Court for attorney's fees and costs pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, and this Court's Opinion and Order dated September 5, 2012.

Dated: New York, New York
    January 9, 2013

                      DUANE MORRIS LLP

                      By:  s/John Dellaportas
                         John Dellaportas
                         Evan Michailidis
                         DUANE MORRIS LLP
                         1540 Broadway
                         New York, NY 10036
                         (212) 692-1000
                         *Attorneys for Third-Party Plaintiffs*