# EXHIBIT B

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18198095 | 01/06/2012 | 1801-156872 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 12/14/2011 | CUPOTI | |

| CASE CAPTION |
|---|
| Sagi Genger, et al. vs. Gilad Sharon, et al. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

John Dellaportas
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

```
ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
    Gilad Sharon                          132 Pages @      5.40/Page       712.80
         EXHIBITS                          10 Pages @       .40/Page         4.00
         ATTENDANCE                                                        120.00
         TotalTranscript                                                    45.00
         Packaging and Handling                                             25.00
                                                                       ----------
                                      TOTAL   DUE   >>>>                   906.80

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

TAX ID NO.: 20-2665382                                      (212) 692-1000

*Please detach bottom portion and return with payment.*

John Dellaportas
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

```
Invoice No.: 18198095
Date       : 01/06/2012
TOTAL DUE  :     906.80


Job No.    : 1801-156872
Case No.   :
Sagi Genger, et al. vs. Gilad Sharon
```

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

**MERRILL CORPORATION**
LegaLink, Inc.                              225 Varick Street
                                            10th Floor
                                            New York, NY 10014
                                            Phone: 212.557.7400
                                            Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18198098 | 01/11/2012 | 1801-156874 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/15/2011 | CUPOTI | |

| CASE CAPTION |
|---|
| Sagi Genger, et al. vs. Gilad Sharon, et al. |
| **TERMS** |
| Immediate, sold FOB Merrill facility |

**John Dellaportas**
**Duane Morris LLP**
**1540 Broadway**
**New York, NY 10036-4086**

```
ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
    Gilad Sharon  Vol. 2                    76 Pages @      5.40/Page       410.40
         EXHIBITS                           80 Pages @       .40/Page        32.00
         ATTENDANCE                                                          60.00
         TotalTranscript                                                     45.00
         Packaging and Handling                                              25.00
                                                                         ---------
                                              TOTAL  DUE  >>>>              572.40

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

TAX ID NO. : 20-2665382                                           (212) 692-1000

*Please detach bottom portion and return with payment.*

John Dellaportas
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

                                            Invoice No.:  18198098
                                            Date       :  01/11/2012
                                            **TOTAL DUE :    572.40**


                                            Job No.    :  1801-156874
                                            Case No.   :
                                            Sagi Genger, et al. vs. Gilad Sharon

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

**MERRILL CORPORATION**
**LegaLink, Inc.**         225 Varick Street
                            10th Floor
                            New York, NY 10014
                            Phone: 212.557.7400
                            Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18202260 | 03/12/2012 | 1801-159871 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/23/2012 | FINZJA | |

**CASE CAPTION**

Sagi Genger, et al. vs. Gilad Sharon, et al.

**TERMS**

Immediate, sold FOB Merrill facility

**John Dellaportas**
**Duane Morris LLP**
**1540 Broadway**
**New York, NY 10036-4086**

```
ORIGINAL AND TWO 2-DAY EXPEDITED OF:
    Arie Genger                        119 Pages @      7.90/Page        940.10
        EXHIBITS                       157 Pages @       .40/Page         62.80
        ATTENDANCE                                                        60.00
        TotalTranscript                                                   45.00
        Packaging and Handling                                            25.00

                                       TOTAL  DUE  >>>>                1,132.90
```

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382                                              (212) 692-1000

*Please detach bottom portion and return with payment.*

John Dellaportas
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

```
                                Invoice No.:  18202260
                                Date       :  03/12/2012
                                TOTAL DUE  :   1,132.90


                                Job No.    :  1801-159871
                                Case No.   :
                                Sagi Genger, et al. vs. Gilad Sharon
```

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

Computer Reporting NYC Inc.  
121 West 72nd Street, Suite 2B  
New York, New York   10023

CASMIL: MC

John Dellaportas, Esq.  
Duane Morris LLP  
1540 Broadway  
New York, NY   10036

**Invoice #:** 25285  **InvoiceDate:** 03-05-2012  **Job#:** 32-24350  **Job Date:** 02-29-2012

Sagi Genger

| Description | Units | Cost | Total |
|---|---|---|---|
| One Copy - Sagi Genger | 196 | $2.50 | $490.00 |
| Ascii Disk + Condensed Transcript | 1 | $25.00 | $25.00 |
| Hand Delivery | 1 | $17.00 | $17.00 |

Pd 4-4-12  
Duane Morris  
Ck# 809084

PAID

AMOUNT DUE:   $532.00

Thank you for giving us the opportunity to serve you.

PAYABLE UPON RECEIPT OF THIS INVOICE # 25285

THANK YOU FOR SUPPORTING SMALL BUSINESS  
RETURN THIS INVOICE WITH CHECK PAYABLE TO COMPUTER REPORTING NYC INC.  
FEDERAL TAX I.D. NUMBER 27-1557497

(212) 986-1344

**MERRILL CORPORATION**

LegaLink, Inc.  
225 Varick Street  
10th Floor  
New York, NY 10014  
Phone: 212.557.7400  
Fax: 212.692.9171  

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18204176 | 03/23/2012 | 1801-159758 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/01/2012 | FALSJO | |
| **CASE CAPTION** | | |
| Sagi Genger, et al. vs. Gilad Sharon, et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

John Dellaportas  
Duane Morris LLP  
1540 Broadway  
New York, NY 10036-4086  

```
ORIGINAL + 1 COPY OF TRANSCRIPT AND WORD INDEX OF:
    Orly Genger                              67 Pages @      5.40/Page       361.80
        ATTENDANCE                                                            60.00
        TotalTranscript                                                       45.00
        Packaging and Handling                                                25.00
                                                                           _____
                                          TOTAL    DUE    >>>>               491.80

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

TAX ID NO. :  20-2665382                                              (212) 692-1000

*Please detach bottom portion and return with payment.*

John Dellaportas  
Duane Morris LLP  
1540 Broadway  
New York, NY 10036-4086  

```
Invoice No.:   18204176
Date       :   03/23/2012
TOTAL DUE  :       491.80


Job No.    :   1801-159758
Case No.   :
Sagi Genger, et al. vs. Gilad Sharon
```

Remit To:   LegaLink, Inc.  
            PO Box 277951  
            Atlanta, GA 30384

# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0242791-IN |
| INVOICE DATE | 4/17/2012 |

Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

| | |
|---|---|
| CUSTOMER NO. | 1000622 |
| WORK ORDER NO. | 119720 |
| SALESPERSON | MJOH |

Attention: Evan Michailidis

*PAYMENT IS DUE UPON RECEIPT*

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| | GUSINSKI V GENGER | | | | | |
| | CASE NO. 10CV04506 | | | | | |
| 4/10/2012 | Original | 24 | PGES | at | 7.98 | 191.52 |
| 4/10/2012 | Diskette | 24 | PGES | at | 1.20 | 28.80 |

| | |
|---|---|
| Total: | 220.32 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **220.32** |

WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS
PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS

**MERRILL CORPORATION**
LegaLink, Inc.   225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18209720 | 05/21/2012 | 1801-165572 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/16/2012 | SPINBL | 10CIV4506 |
| **CASE CAPTION** | | |
| "V. Gusinski vs. S. Genger/S. Genger vs. G. Sharon" | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Evangelos Michailidis
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

```
ORIGINAL AND 1 EXPEDITED OF:
    Paul D. Montclare, Esq. (non-party wit.)   111 Pages @      7.90/Page         876.90
        ATTENDANCE                                                                 60.00
        TotalTranscript                                                            45.00
        Production & Handling                                                      50.00
        Shipping & Archiving                                                       40.00
                                                                              ----------
                                              TOTAL   DUE   >>>>                1,071.90

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

TAX ID NO.:  20-2665382                                                  (212) 692-1000

*Please detach bottom portion and return with payment.*

Evangelos Michailidis
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

```
                        Invoice No.:  18209720
                        Date       :  05/21/2012
                        TOTAL DUE  :  1,071.90


                        Job No.    :  1801-165572
                        Case No.   :  10CIV4506
                        "V. Gusinski vs. S. Genger/S. Genger
```

Remit To:   LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

**MERRILL CORPORATION**
LegaLink, Inc.                                 225 Varick Street
                                                   10th Floor
                                              New York, NY 10014
                                            Phone: 212.557.7400
                                              Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18210876 | 06/01/2012 | 1801-165521 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/21/2012 | FINZJA | |
| **CASE CAPTION** | | |
| Sagi Genger, et al. vs. Gilad Sharon, et al. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

**John Dellaportas**
**Duane Morris LLP**
**1540 Broadway**
**New York, NY 10036-4086**

```
ORIGINAL AND 2 DAILY OF:
    William B. Wachtel              66 Pages @      9.40/Page         620.40
        ATTENDANCE                                                     60.00
        TotalTranscript                                                45.00
        Wait Fee                                                      150.00
        Production / Archiving                                         40.00
        Shipping / Handling                                            50.00
                                                                    ---------
                                            TOTAL   DUE   >>>>        965.40

*Wait Fee=Scheduled to begin at 12 Noon; started at 1:30 p.m.


Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

TAX ID NO.:  20-2665382                                        (212) 692-1000

*Please detach bottom portion and return with payment.*

John Dellaportas
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

```
Invoice No.:  18210876
Date       :  06/01/2012
TOTAL DUE  :     965.40


Job No.    :  1801-165521
Case No.   :
Sagi Genger, et al. vs. Gilad Sharon
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

Attention: Onika McLean

| | |
|---|---|
| INVOICE NO. | 0251951-IN |
| INVOICE DATE | 6/11/2012 |
| CUSTOMER NO. | 1000622 |
| WORK ORDER NO. | 121811 |
| SALESPERSON | CSIW |

*PAYMENT IS DUE UPON RECEIPT*

| Job Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| | GUSINSKI V GENGER | | | | | | |
| | CASE NO. | 10CV04506 | | | | | |
| 6/6/2012 | Original | | 24 | PGES | at | 5.25 | 126.00 |

| | |
|---|---|
| Total: | 126.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **126.00** |

WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS
PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS